# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BITTERSWEET BRANDS, LLC

VERSUS

PAINTING WITH A TWIST, LLC,
CATHERINE DEANO AND SANDRA
RENEE MALONEY

NO.   2019 CW 1204

DEC 0 3 2019

In Re:   Painting With A Twist, LLC, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2018-11537.

BEFORE:  McDONALD, HIGGINBOTHAM, THERIOT, CHUTZ, AND LANIER,
JJ.

**WRIT GRANTED IN PART; WRIT DENIED IN PART.**  The portion of
the district court's July 22, 2019 judgment denying the
Exception of Vagueness filed by Defendant, Painting With A
Twist, LLC, is hereby reversed.  An exception of vagueness
should be sustained if the petition does not fairly inform the
defendant of the nature of the cause of action or fails to
include sufficient particulars for the defendant to prepare a
defense.  **Thomas v. Sonic,** 2006-0014 (La. App. 1st Cir.
11/3/06), 950 So.2d 822, 824.  Here, it is unclear which
Plaintiffs are asserting which claims against which Defendants.
As such, the Exception of Vagueness filed by Painting With A
Twist, LLC is granted, and this matter is remanded to the
district court to afford Plaintiffs an opportunity to amend
their petition.  See La. Code Civ. P. art. 934.  This writ
application is denied in all other respects.

JMM
TMH
WRC
WIL

Theriot, J., concurs in part and dissents in part.  I would
deny the writ application in its entirety.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT